ATTACHMENT NOT AVAILABLE ELECTRONICALLY

**PUBLISH**

**UNITED STATES COURT OF APPEALS**

Filed 7/2/96

**TENTH CIRCUIT**

---

JEFF GULLICKSON, THOMAS A.
MOSHER, CHARLES M. MOTZ, JR.,
MICHAEL PRATT, GERALD
PUCKETT, GARY JOSEPH SALLEE,
GARY WINN, Individually, and as
representatives of a class of all Morris
Air Pilots; COREY HOLBERG and
ROBERT R. MAY, II.,

      Plaintiffs-Appellants,

v.

No. 95-4155

SOUTHWEST AIRLINES PILOT'S
ASSOCIATION, SOUTHWEST
AIRLINES COMPANY and MORRIS
AIR CORPORATION,

      Defendants-Appellees.

---

Appeal from the United States District Court
for the District of Utah
(D.C. No. 94-CV-660)

---

Daniel M. Katz (Louise P. Zanar with him on the brief), of Katz & Ranzman,
P.C., Washington, D.C., for Plaintiffs-Appellants..

J. Joe Harris, Matthews & Branscomb, San Antonio, TX, and Marvin Menaker,
Dallas, TX, for Defendants-Appellees..

Before **HENRY, MURPHY,** and **LIVELY**[*]**,** Circuit Judges.

**MURPHY**, Circuit Judge.

After careful review of the record, we adopt the analysis of the district court's Memorandum Decision and Order Denying Plaintiffs' Motion for Partial Summary Judgment, Granting in Part Defendants' Motions for Summary Judgment, and Denying Plaintiffs' Motion for Class Certification. We therefore **AFFIRM** for substantially the reasons given by the district court and **ORDER** the district court's memorandum decision and order to be published.

Attachment

[*]Of the Sixth Circuit Court of Appeals, sitting by designation.